IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   21-cr-000142-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    FANICE ANDREA REED,
        a/k/a Fanice Jones,

    Defendant.

## GOVERNMENT'S OBJECTIONS TO THE PRESENTENCE REPORT [DOC. #23]

The United States of America hereby files the Government's Objections to the Presentence Report [Doc. # 23].

In Paragraph 15, the Presentence Report ("PSR") states: "The defendant purchased approximately $60,682.08 in stamps using false checks in Texas and approximately $72,727.99 in Colorado." [Doc. # 23 at ¶ 15].   This statement of facts is not correct, and the government objects to it.   The $72,727.99 figure from Colorado corresponds to the transactions charged in the Indictment, which were all captured on surveillance video.   But the government has non-video-based evidence that the defendant engaged in many additional purchases of stamps with false checks in Colorado.   The government does not know where the $60,682.08 figure pertaining to

Texas transactions comes from, but it is not correct.   As the PSR states in Paragraph 22, the parties have entered into a stipulation that the loss in this case was $258,452.64.

In Paragraph 35 of the PSR, zero criminal history points were attributed to the defendant's 2002 conviction for Fraud Use/Possession of Identifying Information because the records for the conviction have not yet been received and it is possible that the defendant completed her custodial sentence more than 15 years prior to commencing her current offense.   [See Doc. # 23 at FN 1].   The government objects to this determination.   Given that the request for these records is pending, a determination regarding the resulting criminal history points for this offense should be made after the records are received.   For the same reason, the government objects to the overall computation of the defendant's criminal history in Paragraph 38 and the determination of her criminal history category in Paragraph 39.

Paragraph 66 of the PSR suggests that the defendant has court-appointed counsel. [Doc. # 23 at ¶ 66].   The government objects to this suggestion as Mr. Moya is privately retained in this case.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

By:  s/ *Pegeen D. Rhyne*
        PEGEEN D. RHYNE
        Assistant U.S. Attorney
        United States Attorney's Office
        1801 California St., Suite 1600
        Denver, CO 80202
        (303) 454-0100
        Fax: (303) 454-0409
        Pegeen.Rhyne@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of December, 2021, I electronically filed the foregoing **GOVERNMENT'S OBJECTIONS TO THE PRESENTENCE REPORT [DOC. #23]** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

      s/ *Amy McDaniel*
      Amy McDaniel
      Legal Assistant
      U.S. Attorney's Office