IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   21-cr-000142-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    FANICE ANDREA REED,
          a/k/a Fanice Jones,

    Defendant.

---

## GOVERNMENT'S SENTENCING POSITION

---

The United States of America hereby files the Government's Sentencing Position.   The government recommends a sentence of 27 months, three years of supervised release, and $72,727.99 in restitution.

From at least February 2019 through at least March 2020, defendant Reed used counterfeit checks at United States Postal Service (USPS) offices in Colorado and Texas to obtain large quantities of postage stamps, causing a loss to the USPS of $258,452.64.   [Doc. # 21 at 6; Doc. # 25].   The counterfeit checks that defendant Reed used purported to be drawn on bank accounts of law firms, non-profit groups, or other business entities, but the bank accounts did not exist.   [Doc. # 21 at 6].   When she was asked to provide personal identification during these counterfeit transactions,

1

defendant Reed provided postal employees with false personal identifications to hide her true identity and used the identity of at least one real person without that person's knowledge or permission.   [Doc. # 21 at 6; Doc. # 23 at ¶ 17].   On some occasions, defendant Reed told postal employees that her law firm needed the postage for a big mailing that was about to go out.   [Doc. # 21 at 6].   On other occasions, she told postal employees that she was buying the postage on behalf of a non-profit organization so they could send postage to U.S. military troops for their use.   [*Id.* at 6-7].

This is also defendant Reed's third felony conviction relating to fraud. [Doc. # 23 at ¶¶ 34-35].   Instead of having learned her lesson from her prior convictions, defendant Reed appears to have focused on improving her criminal tradecraft.   In connection with her offense of conviction and relevant conduct, defendant Reed used false and stolen personal identities, rented cars to use during the crimes to hide her identity, traveled back and forth between Texas and Colorado in order to make the full scope of her crime more difficult to trace back to her, and frequently pretended to be working on behalf of a non-profit that supported military troops overseas.   [Doc. # 21 at 6-7; Doc. # 23 at ¶¶ 13, 17, & 23].

The facts of this case and the sentencing factors under Section 3553 support a substantial custodial sentence.   Because of the seriousness of the defendant's crimes, the need to promote respect for the law and provide just punishment, and the need for general and specific deterrence, the government requests that the Court impose a sentence that includes 27 months of imprisonment.

2

Respectfully submitted,

COLE FINEGAN
United States Attorney

By:  s/ *Pegeen D. Rhyne*
PEGEEN D. RHYNE
Assistant U.S. Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, CO 80202
(303) 454-0100
Fax: (303) 454-0409
Pegeen.Rhyne@usdoj.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2021, I electronically filed the foregoing **GOVERNMENT'S SENTENCING POSITION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

s/ *Amy McDaniel*
Amy McDaniel
Legal Assistant
U.S. Attorney's Office