IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   21-cr-000142-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    FANICE ANDREA REED,
        a/k/a Fanice Jones,

    Defendant.

## GOVERNMENT'S MOTION REGARDING ACCEPTANCE OF RESPONSIBILITY

The United States of America hereby files the Government's Motion Regarding Acceptance of Responsibility.

On September 22, 2021, defendant Fanice Reed pled guilty to Count 7 of the Indictment.   In connection with her change of plea, Reed agreed to a factual basis that established her factual guilt for Count 7.

Accordingly, based on her timely change of plea and the related factual basis, the government makes this motion, pursuant to United States Sentencing Guidelines, Section 3E1.1(b), for Reed to receive the third point for acceptance of responsibility. See U.S.S.G. §3E1.1(b).   The government makes this motion because Reed's timely change of plea permitted the government to avoid preparing for trial.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: s/ *Pegeen D. Rhyne*
PEGEEN D. RHYNE
Assistant U.S. Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, CO 80202
(303) 454-0100
Fax: (303) 454-0409
Pegeen.Rhyne@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2021, I electronically filed the foregoing **GOVERNMENT'S MOTION REGARDING ACCEPTANCE OF RESPONSIBILITY** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

                                          s/ *Amy McDaniel*
                                          Amy McDaniel
                                          Legal Assistant
                                          U.S. Attorney's Office