**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 21-cr-00142-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FANICE ANDREA REED,

        Defendant.

---

**DEFENDANT'S SENTENCING STATEMENT**

---

COMES NOW Defendant Fanice Reed, by undersigned counsel, and hereby files the Defendant's Sentencing Position.

1. Defendant asks that the Court impose a 24-month sentence. Such a sentence is within the guideline range and is no greater than necessary to meet the criteria outlined in 18 USC Sec 3553.

Dated this 21st day of December 2021.

        Respectfully Submitted,

        */s/Frank Moya*
        Frank Moya
        *Attorney for Defendant Fanice Andrea Reed*
        *1775 Sherman Street #1650*
        *Denver CO 80203*
        Telephone: 303-820-4420

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **SENTENCING STATEMENT** by electronically filing into the ECF system, this 21ST day of December, 2021 to the U.S. Attorney's Office.

s/Jeanne Z. Moore<br>
Paralegal to Frank Moya